# Court of Appeals
# of the State of Georgia

ATLANTA, __September 18, 2024__

*The Court of Appeals hereby passes the following order:*

**A24A1804.  IN THE INTEREST OF A. H., A CHILD (INTERVENORS).**

This case was docketed by this Court on July 9, 2024, and Appellants' brief and enumeration of errors were due July 29, 2024. As of the date of this order, the Appellants still have not filed a brief and enumeration of errors and have not requested an extension of time in which to do so.  Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*__09/18/2024_____

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*